## FRANK M. ROSS *vs.* CHARLES M. TOZIER.

### Kennebec.   Opinion June 5, 1886.

*Insolvent law.   Judgments.*

A debt due upon a contract existing at the time of the passage of the insolvent
law is not barred by a discharge under that law, notwithstanding that it
passed into a judgment after the enactment of that law.

Debt on judgment ; the defense relied upon was a discharge
under the insolvent law.   The judgment, rendered after the
passage of the insolvent law, was upon a contract liability
incurred prior to the enactment of that law.

*Webb and Webb*, for the plaintiff.

*Brown and Carver*, for the defendant.

PER CURIAM.   It is the opinion of a majority of the justices
of this court that a debt due upon a contract existing at the time
of the passage of the insolvent law of this state, is not barred
by a discharge under the law, notwithstanding a judgment has

been obtained upon the debt in a suit commenced subsequent to the passage of the law; that to hold otherwise would conflict with the federal constitution in this, that it would impair the obligation of a contract. True, there are decisions to the contrary; but it is the opinion of a majority of the court that principle and the weight of authority are in accord with the conclusion here announced.